IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLY GARCIA,

    Petitioner,

v.                                              No. 2:24-cv-1047 JB/KBM
                                                No. 2:15-cr-4268 JB/KBM

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Billy Garcia's Motion to Vacate Conviction Under 28 U.S.C. § 2255 (CV Doc. 2; CR Doc. 3748) (§ 2255 Motion). Petitioner challenges his federal convictions based on, *inter alia*, ineffective assistance of counsel. Having reviewed the § 2255 Motion pursuant to Habeas Corpus Rule 4, the Court determines the claims must be resolved on a full record. The Court will order the United States to respond to the Motion within 60 days of entry of this Order.

Also before the Court is Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (CV Doc. 1) (IFP Motion). The Court grants the IFP Motion in part. There is no filing fee for a § 2255 proceeding, but Petitioner may take advantage of the other benefits of *in forma pauperis* status such as Court-supplied service.

**IT IS THEREFORE ORDERED** that Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (**CV Doc. 1**) is **GRANTED in part**. There is no filing fee for this action, but Petitioner is entitled to any other benefits of *in forma pauperis* status.

**IT IS FURTHER ORDERED** that the United States must **ANSWER** the § 2255 Motion (**CV Doc. 2**) within sixty (60) days of entry of this Order. Petitioner may file an optional reply within thirty (30) days after the answer is filed.

_____
UNITED STATES MAGISTRATE JUDGE